**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, NY  10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lewisbrisbois.com

**KEVIN ZIMMERMAN**          November 30, 2020
DIRECT DIAL: 646.666.7695
E-MAIL:
KEVIN.ZIMMERMAN@lewisbrisbois.com

<u>**VIA ECF**</u>

Honorable Judge LeShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:    *Chris Antigone v. Pedro Rojas Jr. and Cowan Systems, LLC*
       Venue                            : Eastern District of New York
       Index No.                   : 17-cv-5296
       Date of Loss              : April 8, 2016
       <u>Our File No.              : 31165.210                      </u>

Dear Honorable Judge LeShann DeArcy Hall:

       My office represents the defendants Pedro Rojas and Cowan Systems LLC in the above matter.

       Please allow this to serve as the parties' joint status report to the court. The parties are unable to proceed with mediation at this time. However, the parties will not hesitate to reach out to the court if there is a change in their respective positions.


                        Very truly yours,

                        LEWIS BRISBOIS BISGAARD & SMITH, LLP

                        *Kevin Zimmerman*

                        Kevin Zimmerman

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4825-9239-5219.1

Cc:
(Via ECF)
William Schwitzer & Assoc.
820 Second Avenue
New York, New York 10017

4825-9239-5219.1